IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SMITH,<br><br>    Plaintiff(s),<br><br>v.<br><br>FRED VAN DYK, et al.,<br><br>    Defendant(s). | Case No: 1: 05 CV 01188 REC DLB<br><br>ORDER TO SHOW CAUSE<br>RE: SANCTIONS and DISMISSAL<br><br>March 17, 2006 at 9:00 a.m.<br>Courtroom 9 |

    Complaint in this action was filed on September 19, 2005; Summons was issued to Plaintiff on September 27, 2005. Also on September 27, 2005 this Court issued an Order Setting Mandatory Scheduling Conference to be held on December 15, 2005 at 8:45 a.m. before the undersigned. The Order Setting Mandatory Scheduling Conference directed the parties to prepare a Joint Scheduling Conference Statement and to appear on December 15, 2005 at the Scheduling Conference. Subsequently the Scheduling Conference was ordered continued to January 30, 2006 at 8:45 a.m.

    On October 24, 2005 a second Summons was issued to Plaintiff.

    Plaintiff failed to appear on January 30, 2006 at the Scheduling Conference and failed to file a Joint Scheduling Conference Statement or to contact the Court in any manner.

1

1  Furthermore, it does not appear that Plaintiff has served Summons and Complaint within 120
2  days as required by Fed. R. Civ. P. 4(m).
3       Accordingly, Plaintiff is ORDERED to appear in Courtroom 9 of this Court at 2500
4  Tulare Street, Fresno, California on March 17, 2006 at 9:00 a.m. and SHOW CAUSE, if any he
5  has, why this action should not be dismissed and/or other appropriate sanctions be imposed for
6  his failure to: appear at Scheduling Conference; prepare and file a Joint Scheduling Conference
7  Statement; otherwise comply with this Court's Order Setting Mandatory Scheduling Conference;
8  and/or to serve Summons and Complaint within 120 days as required by Fed. R. Civ. P. 4(m).

10     IT IS SO ORDERED.
11     Dated:   February 7, 2006                    /s/ Dennis L. Beck
       3b142a                              UNITED STATES MAGISTRATE JUDGE

2