UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS N. SMITH,<br><br>              Plaintiff,<br><br>    v.<br><br>FRED VAN DYK, et al.,<br><br>              Defendants. | 1:05cv1188 OWW DLB<br><br>ORDER REQUIRING PLAINTIFF TO FILE SUPPLEMENTAL DECLARATION REGARDING PROOF OF SERVICE |

Plaintiff Thomas N. Smith filed the instant motion on September 19, 2005.

On August 23, 2006, Plaintiff requested entry of default against Defendant Fred Van Dyk. Due to a question regarding the proof of service, the Court set the matter for hearing.

On September 19, 2006, the Court took the matter off calendar and required Plaintiff to submit a supplemental declaration regarding the proof of service. Plaintiff has yet to do so.

Accordingly, Plaintiff is ORDERED to submit a supplemental declaration within 15 (fifteen) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   October 27, 2006                    /s/ Dennis L. Beck
3b142a                                        UNITED STATES MAGISTRATE JUDGE

1