# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS N. SMITH, | ) 1:05cv1188 OWW DLB |
| Plaintiff, | ) ORDER REQUIRING CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT FRED VAN DYK |
| v. | ) |
| FRED VAN DYK, et al., | ) |
| Defendants. | ) |

Plaintiff filed the instant action on September 19, 2005, seeking damages and declaratory relief for breach of contracts and related causes of action.

On August 23, 2006, Plaintiff requested entry of default against Defendant Fred Van Dyk. Due to a question regarding the proof of service, the Court set the matter for hearing and default has not yet been entered.

Upon further review, the Court deems entry of default to be appropriate and therefore ORDERS the Clerk of Court to ENTER DEFAULT pursuant to Plaintiff's August 23, 2006, request. If Defendant thinks that default has been entered in error, he may move to set it aside.

IT IS SO ORDERED.

Dated: **December 28, 2006**            /s/ **Dennis L. Beck**
3b142a                                   UNITED STATES MAGISTRATE JUDGE