| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| THOMAS SMITH, | ) | 1:05cv1188 LJO DLB |
| | ) | |
| | ) | |
|          Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT |
|   v. | ) | |
| | ) | |
| FRED VAN DYK, et al., | ) | (Document 34) |
| | ) | |
| | ) | |
|          Defendants. | ) | |

On March 21, 2007, the Magistrate Judge issued Findings and Recommendation recommending that Plaintiff's application for default judgment be GRANTED. The Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendation issued March 21, 2007, are ADOPTED IN FULL;

2. Plaintiff's application for default judgment in favor of Plaintiff and against Defendant is GRANTED;

3. Plaintiff is awarded restitution in the amount of $80,000; and

4. Plaintiff is awarded punitive damages in the amount of $25,000.

IT IS SO ORDERED.

Dated:   May 4, 2007                             /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE