# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS SMITH, | ) | 1:05cv1188 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER TO ADOPT FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATIONS ON DEFENDANT'S |
| | ) | MOTION TO SET ASIDE DEFAULT |
| v. | ) | JUDGMENT |
| | ) | |
| FRED VAN DYK, et al., | ) | (Document 51) |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On December 27, 2007, the magistrate judge issued findings and recommendations to grant defendant's motion to set aside the default judgment. The findings and recommendation were served on all parties and contained notice that objections were to be filed within twenty (20) days of the date of service of the order. Plaintiff filed objections on January 17, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire record, including Plaintiff's objections, this Court finds that the findings and recommendations are supported by the record and proper analysis.

Plaintiff objects only to the recommendation that he return sums collected by garnishment of Defendant's wages. Insofar as he argues that Defendant did not request return of the money in his moving papers and there was no such discussion at the hearing, Defendant raised the issue in his reply, and it was open for discussion at the hearing. In any event, it is axiomatic that when a

judgment is vacated, all sums collected in satisfaction of that judgment must be returned. Allowing Plaintiff to retain money collected pursuant to a void and vacated judgment would be contrary to law and wholly inequitable, especially considering the invalid service of process which resulted in the set aside default judgment.

Accordingly, this Court:

1. ADOPTS in full the December 27, 2007 findings and recommendations;

2. GRANTS Defendant's motion to set aside the default judgment;

3. SETS ASIDE the December 29, 2006 default and VACATES the May 8, 2007 judgment;

4. ORDERS Plaintiff to cease immediately garnishment of Defendant's wages and to return to Defendant, no later than February 19, 2008, all sums collected by garnishment to date; and

5. ORDERS the parties, no later than January 30, 2008, to advise this Court whether they consent to the conduct of all further proceeding, including trial, by a magistrate judge.

IT IS SO ORDERED.

**Dated:   January 18, 2008**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE