IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS N. SMITH,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FRED VAN DYK,<br><br>　　　　　　　Defendant.<br>_____/ | CASE NO. CV F 05-1188 LJO DLB<br><br>**ORDER TO VACATE MOTION AND HEARING**<br>(Docs. 53, 54.) |

　　　　This Court VACATES defendant's F.R.Civ.P. 12 motions to dismiss and the March 3, 2008 hearing on defendant's motions given plaintiff's filing of a first amended complaint as a matter of right under F.R.Civ.P. 15(a). This Court DIRECTS the clerk to terminate the motions to dismiss (docs. 53, 54.) This Court ORDERS defendant, no later than March 14, 2008, to file and serve a response to plaintiff's first amended complaint.

　　　　　IT IS SO ORDERED.

**Dated:　February 20, 2008**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1