DAVID M. GILMORE, #105429
GILMORE, WOOD, VINNARD & MAGNESS
P. O. Box 28907
Fresno, CA 93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Plaintiff
Thomas N. Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS N. SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>FRED VAN DYK,<br><br>        Defendant.<br><hr>AND RELATED CROSS-ACTION. | No. 1:05-CV-01188 LJO-DLB<br><br>STIPULATION AND ORDER TO RESCHEDULE TRIAL DATE |

Plaintiff, Thomas N. Smith, by his counsel David M. Gilmore, Gilmore, Wood, Vinnard and Magness, and Defendant Fred Van Dyk, by his counsel Leonard Herr, Dooley, Herr & Peltzer, stipulate and agree that the trial date currently set for April 28, 2009, be rescheduled for November 17, 2009 at 9:00 a.m. in Courtroom 9.

Dated: April ___, 2009        GILMORE, WOOD, VINNARD & MAGNESS


                     /S/
               By:_____
                 David M. Gilmore
                 Attorneys for Plaintiff THOMAS N. SMITH

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P. O. BOX 28907
FRESNO, CA 93729-8907

8275-1\00182218.000.DOC

STIPULATION AND ORDER TO RESCHEDULE TRIAL DATE (No. 1:05-CV-01188 LJO-DLB)

Dated: April ___, 2009                          DOOLEY, HERR & PELTZER

                                                      /S/
                                        By:_____
                                            Leonard Herr
                                            Attorneys for Defendant
                                            FRED VAN DYK

## ORDER

Based on the Stipulation of the parties,

1. The trial date of April 28, 2009 shall be rescheduled for November 17, 2009 at 9:00 a.m. in Department 9.

Dated:  May 4, 2009                     /s/ *Dennis L. Beck*

                                        Hon. Dennis L. Beck

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P. O. BOX 28907
FRESNO, CA 93729-8907

8275-1\00182218.000.DOC

-2-

STIPULATION AND ORDER TO RESCHEDULE TRIAL DATE (No. 1:05-CV-01188 LJO-DLB)