Leonard C, Herr, #081896
Ron Statler, #234177
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, CA 93291
Telephone: (559) 636-0200

Attorneys for Defendant and Counter-Claimant, FRED VAN DYK

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS N. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>FRED VAN DYK,<br><br>    Defendant.<br><hr>FRED VAN DYK,<br><br>    Counter-Claimant,<br><br>vs.<br><br>THOMAS N. SMITH,<br><br>    Counter-Defendant. | Case No.: CV-F-05-1188- DLB<br><br>**STIPULATION AND ORDER DISMISSING CASE** |

IT IS HEREBY STIPULATED TO by and between the parties to this litigation, through their respective attorney of record, that this litigation, including Defendant's Cross-Complaint shall be dismissed with prejudice.

///

///

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

**STIPULATION AND ORDER DISMISSING CASE**

IT IS FURTHER STIPULATED TO by and between the parties to this litigation, through their respective attorneys of record, that both parties shall bear their own attorney's fees and costs in this case.

DATED: December 30, 2009     DOOLEY, HERR, PELTZER & RICHARDSON, LLP

By: __/s/Leonard C. Herr_____
LEONARD C. HERR,
Attorney for Defendant and
Counter-Claimant FRED VAN DYK

DATED: December 30, 2009     GILMORE, WOOD, VINNARD & MAGNESS

By: __/s/David M. Gilmore_____
DAVID M. GILMORE
Attorney for Plaintiff and
Counter-Defendant THOMAS SMITH

***

### ORDER

UPON GOOD CAUSE BEING SHOWN as set forth in the stipulation of legal counsel for both parties, this litigation is hereby DISMISSED, with prejudice. Both parties shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: 31 December 2009     /s/ Dennis L. Beck
DENNIS L. BECK,
UNITED STATES MAGISTRATE JUDGE *

* The parties have previously stipulated to have Magistrate Judge Dennis L. Beck decide all of the issues in this case.

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-
STIPULATION AND ORDER DISMISSING CASE